IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY JOSEPH CICERO,                      No. 2:04-cv-2519-MCE-PAN-P

        Petitioner,

  v.                                      ORDER

William Duncan,

        Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 6, 2006, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1

1  The court must either issue a certificate of appealability
2  indicating which issues satisfy the required showing or must
3  state the reasons why such a certificate should not issue.  Fed.
4  R. App. P. 22(b).
5       For the reasons set forth in the magistrate judge's November
6  29, 2005, findings and recommendations, petitioner has not made a
7  substantial showing of the denial of a constitutional right.
8  Accordingly, a certificate of appealability should not issue in
9  this action.
10      IT IS SO ORDERED.
11 DATE: February 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE